Pages 1 - 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SALLIE KIM, MAGISTRATE JUDGE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CASE NO. 3:16-cr-00501-EMC
)
WALTER CAMERON, )
)
Defendant. )
______________________________)

San Francisco, California
Wednesday, January 25, 2017

**TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING OF PROCEEDINGS**

FTR 9:58 a.m. - 10:03 a.m. = 5 minutes

APPEARANCES:

For Plaintiff:
BRIAN J. STRETCH
United States Attorney
For the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
BY: **LESLIE ALLEN WULFF**
Assistant United States Attorney

For Defendant:
McElroy, Deutsch, Mulvaney, Carpenter, LLP
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
BY: **WALTER RICHARD KRZASTEK, JR., ESQ.**

(appearances continued on following page)

Reported By: Leo T. Mankiewicz, CSR 5297, RMR, CRR
Pro Tem Reporter

**APPEARANCES**: (cont.)

For Defendant:

Calcagni and Kanefsky LLP
One Newark Center
1085 Raymond Boulevard, 14th floor
Newark, New Jersey 07102
BY: **THOMAS RICHARD CALCAGNI, ESQ.**

Boersch Shapiro, LLP
1611 Telegraph Avenue, Suite 806
Oakland, California 94612
BY: **MARTHA A. BOERSCH**
**Attorney at Law**

Wednesday, January 25, 2017

(Transcriber's note: Because male defense counsel did not identify themselves during colloquy, speaker attribution was done by best guess.)

---o0o---

9:58 a.m.

P R O C E E D I N G S

(Defendant present in court.)

**THE CLERK:** Calling criminal matter 16-501, United States versus Walter Cameron.

**MS. WULFF:** Good morning, your Honor. Leslie Wulff for the United States.

**THE COURT:** Good morning.

**MS. BOERSCH:** Good morning, your Honor. I'm Martha Boersch and I'm appearing as local counsel for Mr. Krzastek who is present, as counsel, and Mr. Calcagnie, and Mr. Cameron.

**THE COURT:** Okay, good morning.

**MR. KRZASTEK:** Good morning.

**MR. CALCAGNIE:** Good morning, your Honor.

**THE COURT:** Good morning, Mr. Cameron.

**THE DEFENDANT:** Good morning.

**THE COURT:** Mr. Cameron, you are here today because you've been charged with violating the law in a document called an information, and I hope that your lawyers have a copy of it that they've been able to share with you.

First of all, we will be advising you of the charges against you and of your constitutional rights, and we'll be setting some hearings for the future.

First of all, could you state your name, sir?

**THE DEFENDANT:** Walter Scott Cameron.

**THE COURT:** And how old are you?

**THE DEFENDANT:** Just turned 50.

**THE COURT:** Thank you. You have a right to a lawyer at all stages of the proceedings, including when you're questioned by law enforcement. You can choose a lawyer, but if you can't afford one, one will be appointed for you, and I understand that you have chosen your own lawyer, is that correct?

**THE DEFENDANT:** It is.

**THE COURT:** Okay, thank you. You also have the right to remain silent. You don't have to make a statement at any time. If you do make a statement, you can ask that your lawyers be present. If you make a statement, you can stop talking at any time, but if you do make a statement, it can be used against you. Okay?

At this time, Ms. Wulff, could you summarize the charges and the potential maximum penalties against Mr. Cameron?

**MS. WULFF:** Yes, your Honor. Mr. Cameron is charged with a one-count violation of Section 1 of Title 15 of the

United States Code. That count carries a maximum penalty of 10 years imprisonment, a fine of $1 million or twice the gain or loss of the entire conspiracy, a three-year term of supervised release and a hundred-dollar special assessment, and I would just remind your Honor that the matter is set for change of plea this afternoon before Judge Chen.

**THE COURT:** Okay. And Mr. Cameron, do you understand the charge and the potential maximum penalties against you?

**THE DEFENDANT:** Yes.

**THE COURT:** And counsel, do you waive -- does your client want to enter a plea at this time?

**MR. KRZASTEK:** Your Honor, we'd enter a plea for purposes of this proceeding of not guilty.

**THE COURT:** That's fine. Okay, so let the record show that the defendant has been arraigned, and that a plea of not guilty has been entered.

So you're going this afternoon for change of plea. Do we have to set any other dates at this time?

**MS. WULFF:** No, your Honor.

**THE COURT:** Okay. Generally speaking, you have a right to be indicted by a grand jury, because you've been charged in an information. I understand that you might be waiving that this afternoon by entering a plea, but you do have that right. And in the situation, I hope that you had your chance to talk to your lawyers about that particular situation.

The grand jury situation, have you talked about the grand jury issue with your lawyers already?

**THE DEFENDANT:** Yes.

**THE COURT:** Okay, and are you going to waive that right later on this afternoon when you change your plea, or do you want to waive that now?

**MS. WULFF:** We have the forms here this morning, your Honor.

**THE COURT:** Okay, all right.

**MR. KRZASTEK:** We're prepared to waive indictment, your Honor.

**THE COURT:** Okay, so why don't you go ahead and sign the waiver and let me just ask some questions of Mr. Cameron.

In this situation, the grand jury's comprised of 23 people. At least 16 have to be present and 12 have to find there's probable cause to charge you with a crime in order to indict you. So that's your right under the Constitution. If you waive the right to indictment by grand jury, the case proceeds against you on this information, just as if you've been indicted.

I understand that you've already talked with your lawyers about your right to indictment by a grand jury. Have any threats or promises been made to induce you to waive indictment?

**THE DEFENDANT:** No.

**THE COURT:** Okay, and do you wish to waive your right to indictment by a grand jury?

**THE DEFENDANT:** Yes, your Honor.

**THE COURT:** Okay. And counsel, is there any reason why the defendant should not waive indictment?

**MR. KRZASTEK:** No, your Honor.

**THE COURT:** Okay, and so why don't you go ahead and sign and then I'll look at it.

(Pause in proceedings.)

I find that the waiver of the indictment is knowing and voluntary and I accept the waiver, and it has been recorded in writing with a signature by the defendant himself and his counsel.

And do you wish to enter a plea to the indictment at this time, as well? Not guilty? At this time.

**MR. KRZASTEK:** Not guilty, your Honor.

**THE COURT:** Okay, so let the record reflect the defendant has been arraigned with the indictment and that a plea of not guilty has been entered. Okay.

Anything else we need to talk about? Pardon? I'm sorry --

**MR. KRZASTEK:** It's the information.

**THE COURT:** -- the information. Is there anything else we need to talk about today?

**THE CLERK:** (Inaudible.)

**THE COURT:** We're going to be going upstairs anyway. So I understand the government is not asking for detention at this time.

**MS. WULFF:** That's correct, your Honor.

**THE COURT:** All right, okay. Anything else we need to talk about? Okay.

**MR. KRZASTEK:** No, your Honor. Thank you.

**MS. WULFF:** Thank you, your Honor.

**THE CLERK:** I'm sorry, Judge, he still does have to go upstairs for processing.

**THE COURT:** To the marshal's office?

**THE CLERK:** Yeah.

**THE COURT:** On the 20th floor?

**THE CLERK:** Yes.

**THE COURT:** Now, before he goes actually to the district judge?

**THE CLERK:** Yes.

**THE COURT:** Do you know where that is?

**MS. BOERSCH:** I'll --

**THE COURT:** Ms. Boersch can help you.

**MR. KRZASTEK:** Perfect. Thank you, your Honor.

**MS. WULFF:** Thank you, your Honor.

10:03 a.m.

---o0o---

**CERTIFICATE OF TRANSCRIBER**

I, Leo Mankiewicz, certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

02/09/2017

Signature of Transcriber Date