1  LESLIE A. WULFF (CSBN 277979)
2  MANISH KUMAR (CSBN 269493)
   ANN CHO LUCAS (CSBN 309026)
3  United States Department of Justice
   Antitrust Division
4  450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, California 94102
6  Telephone: (415) 934-5300
   Facsimile: (415) 934-5399
7  Leslie.Wulff@usdoj.gov

8  Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: 16-CR-0501-EMC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND STATUS HEARING RE SENTENCING** |
| v. | |
| WALTER SCOTT CAMERON, | |
| Defendant. | |

JOINT STIP. TO EXTEND
STATUS HEARING

1     The parties jointly request to reset the date for the status hearing to set sentencing in the
2 above captioned matter to March 28, 2018 at 2:30 p.m.  The defendant continues to cooperate in
3 the ongoing investigation.

5 DATED: August 31, 2017                      Respectfully submitted,

/s/ Leslie A. Wulff
LESLIE A. WULFF
Trial Attorney
MANISH KUMAR
Assistant Chief
U.S. Department of Justice
Antitrust Division

/s/ Thomas R. Calcagni *
THOMAS R. CALCAGNI
(*admitted pro hac vice*)
Calcagni & Kanefsky, LLP
One Newark Center
1085 Raymond Blvd, 14th Floor
Newark, NJ 07102
(862) 397-1796
(862) 902-5458 (fax)
tcalcagni@ck-litigation.com

/s/ Walter R. Krzastek *
WALTER R. KRZASTEK
(*admitted pro hac vice*)
McElroy, Deutsch, Mulvaney&
Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973)993-8100
(973)425-0161(fax)
wkrzastek@mdmc-law.com

* with permission



JOINT STIP. TO EXTEND
STATUS HEARING

1