LESLIE A. WULFF (CSBN 277979)
MANISH KUMAR (CSBN 269493)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Leslie.Wulff@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER SCOTT CAMERON,<br><br>Defendant. | No: 16-CR-0501-EMC<br><br>**JOINT STIPULATION TO CONTINUE STATUS HEARING RE: SENTENCING** |

The parties jointly request to reset the date for the status hearing to set sentencing in the above-captioned matter to September 26, 2018 at 2:30 p.m.  The defendant continues to cooperate in the ongoing investigation.

DATED: March 16, 2018

Respectfully submitted,

/s/ Leslie A. Wulff
LESLIE A. WULFF
Trial Attorney

/s/ Thomas R. Calcagni *
THOMAS R. CALCAGNI
(*admitted pro hac vice*)
WALTER R. KRZASTEK
(*admitted pro hac vice*)
Calcagni & Kanefsky, LLP
One Newark Center
1085 Raymond Blvd, 14th Floor
Newark, NJ 07102
(862) 397-1796
(862) 902-5458 (fax)
tcalcagni@ck-litigation.com

* with permission



IT IS SO ORDERED

Judge Edward M. Chen

JOINT STIP. TO CONTINUE
STATUS HEARING
CASE NO. 16-CR-0501 EMC

2