LESLIE A. WULFF (CSBN 277979)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Leslie.Wulff@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: 16-CR-0501-EMC |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE STATUS HEARING RE: SENTENCING** |
| v. | |
| WALTER SCOTT CAMERON, | |
| Defendant. | |

1        The parties jointly request to reset the date for the status hearing to set sentencing in the

2    above-captioned matter to March 27, 2019 at 2:30 p.m.  The defendant continues to cooperate in

3    the ongoing investigation.

4

5    DATED: September 11, 2018                    Respectfully submitted,

6

7                                                /s/ Leslie A. Wulff
                                                 _____
8                                                LESLIE A. WULFF
                                                 Trial Attorney
9
                                                 /s/ Thomas R. Calcagni *
10                                               THOMAS R. CALCAGNI
                                                 (*admitted pro hac vice*)
11                                               WALTER R. KRZASTEK
                                                 (*admitted pro hac vice*)
12                                               Calcagni & Kanefsky, LLP
                                                 One Newark Center
13                                               1085 Raymond Blvd, 14th Floor
                                                 Newark, NJ 07102
14                                               (862) 397-1796
                                                 (862) 902-5458 (fax)
15                                               tcalcagni@ck-litigation.com
16
17
18                                               * *with permission*
19
20
21
22
23
24
25
26
27
28
JOINT STIP. TO CONTINUE
STATUS HEARING                    2
CASE NO. 16-CR-0501 EMC