1

2

3

4

5

6

7

8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

UNITED STATES OF AMERICA                    No. 16-cr-00501-EMC

14

15                    v.                      **ORDER TO CONTINUE STATUS
                                              HEARING RE: SENTENCING**
16

17   WALTER SCOTT CAMERON,

18                    Defendant.

19

20

21          The parties stipulated that for the above-captioned matter, the date for the status hearing

22   to set sentencing should be moved to April 15, 2020 at 2:30 p.m.

23          IT IS HEREBY ORDERED that, for good cause shown, the status hearing in the above-

24   captioned matter is continued to April 15, 2020 at 2:30 p.m.

25

26

27   Dated:  1/16/2020

28                                            HONORABLE EDWARD M. CHEN
                                              United States District Judge

[PROPOSED] ORDER TO CONTINUE
STATUS HEARING
No. 16-cr-00501-EMC                    1